ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In re*: Application Pursuant to 28 U.S.C. § 1782 of<br>THE REPUBLIC OF THE GAMBIA<br>Attorney General's Chambers<br>Ministry of Justice<br>Marina Parade<br>Banjul<br>The Gambia<br><br>       Petitioner,<br><br>    v.<br><br>FACEBOOK, INC.<br>575 7th Street, NW<br>Washington, DC 20004,<br><br>       Respondent. | Case: 1:20-mc-00036<br>Assigned To : Boasberg, James E.<br>Assign. Date : 6/8/2020<br>Description: Misc. |

## APPLICATION FOR ORDER TO TAKE DISCOVERY PURSUANT TO
## 28 U.S.C. § 1782

Based on the accompanying memorandum of law and the declaration of Timothy O'Toole, the Republic of Gambia ("The Gambia"), a sovereign State located on the coast of West Africa, respectfully moves for an order pursuant to 28 U.S.C. § 1782 to allow it to issue subpoenas pursuant to Federal Rules of Civil Procedure 26, 30, 34, and 45 directing Facebook, Inc. ("Facebook") to produce documents and submit to a deposition for use in connection with an action brought by the Republic of The Gambia against the Republic of the Union of Myanmar in the International Court of Justice in The Hague, The Netherlands (the "ICJ"). That case, which



RECEIVED
Mail Room

JUN - 8 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

was commenced on November 11, 2019, is styled *The Gambia v. Myanmar (Application of the Convention on the Prevention and Punishment of the Crime of Genocide)*.

As explained in the accompanying memorandum of law, the Gambia's application satisfies all three statutory requirements necessary to obtain discovery under § 1782. *See In Re Veiga*, 746 F. Supp. 2d 8, 17 (D.D.C. 2010) ("A district court has the authority to grant an application when three conditions are met: (1) the person from whom discovery is sought resides or is found within the district; (2) the discovery is for use in a proceeding before a foreign or international tribunal; and (3) the application is made by an interested person."). Specifically, Facebook is located or found in the District of Columbia; The Gambia seeks this discovery for use in a proceeding pending before an international tribunal, the ICJ; and The Gambia is an "interested person," as a litigant in the ICJ proceedings.

In addition, the four discretionary factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004), all weigh in favor of granting this Application. Facebook is not a party to the proceedings before the ICJ; the ICJ is not opposed to this form of discovery; The Gambia is not concealing an attempt to circumvent the requirements of the ICJ; and the discovery sought is narrowly tailored so as not to be unduly burdensome to the Respondent.

Thus, the Republic of The Gambia respectfully requests this Court to enter an order:

1.    Granting The Gambia's Application for discovery from Facebook pursuant to 28 U.S.C. § 1782;

2.    Authorizing The Gambia to take discovery from Facebook relating to the issues identified in its Application, including issuing subpoenas for a deposition and the production of documents in the form attached to the proposed order at Schedule A;

3.  Directing Facebook to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;

4.  Appointing the undersigned to issue, sign and serve such subpoenas upon Facebook.

Respectfully submitted,

THE REPUBLIC OF THE GAMBIA

Dated: June 5, 2020

Timothy P. O'Toole (D.C. Bar No. 469800)
Aiysha S. Hussain (D.C. Bar No. 1019848)
MILLER & CHEVALIER CHARTERED
900 16th Street., N.W.
Washington, D.C. 20006
(202) 626-5800

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2020, I caused a true and correct copy of (1) The Republic of the Gambia's Application for Order to Take Discovery Pursuant to 28 U.S.C. § 1782, (2) The Republic of the Gambia's Memorandum of Law in support of its Application, (3) Declaration of Timothy O'Toole in support of the Application, and (4) a proposed order granting the Application, to be sent via Federal Express, overnight delivery to the following addresses:

Facebook
575 7th Street NW
Washington, D.C. 20004

Corporation Service Company
1090 Vermont Avenue, NW
Washington, D.C. 20005

Jennifer Gillian Newstead
General Counsel
Facebook
1601 Willow Road
Menlo Park, CA 94025

Timothy P. O'Toole