## SCHEDULE A

Pursuant to 28 U.S.C. § 1782, The Republic of the Gambia, by and through undersigned counsel, request that Facebook, Inc. ("Facebook") produce for inspection each of the documents and tangible things described below at the offices of Miller & Chevalier Chartered, 900 16th Street, NW, Washington, D.C. 20006 (attention: Aiysha Hussain).

## INSTRUCTIONS

1. These requests cover all documents and tangible things in the Facebook's actual or constructive possession, custody, or control.

2. If any portion of any document is responsive to any request herein, you shall produce the entire document.

3. Each responsive document produced pursuant to these requests shall include all attachments and enclosures either referred to or originally attached to or enclosed with the document produced.

4. If any requested document or thing is maintained or exists in digital, electronic or imaged form, you shall produce both a tangible (or "hard") copy of the document and a copy of the document in its digital, electronic or imaged form.

5. Where originals of documents are not available, authentic copies of such documents may be produced. If, however, a document has been prepared in separate copies, or additional copies have been made and the copies are not identical (whether by reason of modification, marginal notes, comments, or other material contained in or attached to the copy), you shall separately produce all such non-identical copies.

6. If any requested document or thing was, but no longer is, in your possession, custody, or control, or is known to you but is no longer in existence or not within your possession,

custody, or control, state whether it is (a) missing or lost, (b) destroyed, (c) deleted, (d) transferred (voluntarily or involuntarily) to others, or (e) disposed of in some other manner. In each instance, explain in detail the circumstances surrounding the disposition of the document or thing, including who authorized the action taken, who performed the action, and the date the action was taken.

7. If Facebook objects to any of these document requests, then Facebook shall state the reasons for its objections. If the Facebook objects to any part of a document request, then it shall further specify the part. Similarly, if Facebook does not object to a particular document request, but is unable to respond fully to that document request, then it shall respond to the fullest extent possible and provide an explanation for its lack of a full response.

8. These requests are addressed to Facebook, which includes any other person acting on behalf of Facebook or on whose behalf the Facebook has acted, or any other person otherwise controlled by the Facebook.

9. When any document or any portion of a document is withheld on a claim that the information is privileged or subject to protection as attorney work product material, you shall provide the following information concerning each document over which the claim is asserted: (a) the type of document withheld (memorandum, letter, report, email, etc.); (b) the identity of each author, creator or preparer of the document, including their name, title, and business affiliation; (c) the document's addressees; (d) the document's indicated or blind copy recipients; (e) the title the document bears or the specific subject matter of the document; (f) a short description of the document and its subject matter sufficient to enable Defendants to determine the validity of the assertion of the privilege; (g) all persons who drafted, sent, viewed, received or were to receive any copy or version of the document or to whom any copy or version of the document was distributed, shown or explained; (h) its present custodian; (i) the nature of the privilege or

protection asserted; and (j) any other information necessary to enable Defendants to evaluate the validity of the claimed privilege or protection. For all redactions based on such privilege or protection, or for attachments withheld as privileged or protected, also include identifying information, such as bates number or file path, to indicate the document of which the redacted portion or attachment is a part.

10. If part of an otherwise responsive document is withheld subject to a claim of privilege or protection, only those parts of the document subject to the claim of privilege or protection shall be deleted or redacted from the document, the deleted or redacted parts shall be clearly marked as such, and the rest of the document shall be produced.

11. Words used in the plural shall also be taken to mean and include the singular.

12. The words "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

13. Unless otherwise indicated, these requests relate to the time period of 2012 to the present.

## DEFINITIONS

For purposes of these Requests, the following definitions shall apply:

1. "Document" or "documents" shall be defined and construed to the broadest extent possible and shall have the meaning of "documents or electronically stored information" as set forth in Fed. R. Civ. P. 34(a), and includes electronically stored information ("ESI"). Foreign language documents, English language equivalents and English translations shall also be deemed separate documents.

2. "ESI" means electronically stored information, electronically stored data, or electronic data, and is to be interpreted broadly to include all types of information, regardless of

the storage media, which requires a computer or other machine to read or process it. ESI (including active, deleted and fragmentary files) shall be produced in all existing formats, including the format in which the ESI was originally created and the native file format.

3. "Communication" means the transmission of facts, ideas, thoughts, opinions, data, or inquiries, and includes any meeting, statement, document, conversation, transmission, exchange, or request for information, whether by written, oral, electronic, non-verbal or other means. "Communication" shall include, but is not limited to, electronic mail or "e-mail."

4. "Person" shall mean and include any natural person, corporation, limited liability company, partnership, firm, association, joint venture, sole proprietorship, trust, department, division, agency and any other legal, business, or governmental entity. Unless otherwise stated, all references to corporations or other legal entities (including, without limitation, any parties to this action) shall encompass (a) all predecessors or successors of such corporations or legal entities, (b) all current parents, subsidiaries or affiliates of such corporations or legal entities, and (c) all current divisions, units, joint ventures, directors, officers, employees, trustees, partners, members, agents, consultants, accountants, attorneys and representatives of such corporations or legal entities.

5. "Relate to" or "relating to" shall mean and include constituting, discussing, mentioning, containing, embodying, reflecting, identifying, incorporating, referring to, dealing with, or pertaining to in any way.

6. "Including" is intended to illustrate the kind of information responsive to each request herein. Such examples are not intended to be exhaustive of the information sought and shall not in any way be read to limit the scope of the requests.

7. "You" or "your" refers to Facebook, Inc.

8. "Facebook account" refers Facebook profiles maintained by individuals and organizations on the Facebook platform.

9. "Facebook page" refers to individual, organization, and business pages maintained by individuals and organizations on the Facebook platform.

10. "Facebook group" refers to pages on the Facebook platform – closed or open – that allow Facebook account users to connect in a shared space.

11. "Instagram account" refers Instagram profiles maintained by individuals and organizations on the Instagram platform, which is owned by Facebook.

## DOCUMENT REQUESTS

1. All documents and communications produced, drafted, posted, or published by the Facebook page of the Office of the Commander-in-Chief, Senior-General Ming Aung Hlaing;

2. All documents and communications produced, drafted, posted, or published by the Facebook account of Myanmar General Min Aung Hlaing;

3. All documents and communications produced, drafted, posted, or published by the Facebook accounts of the following individuals:

    a. Myanmar Vice Senior General Soe Win;

    b. Myanmar Brigadier General Khin Maung Soe;

    c. Myanmar Brigadier General Aung Aung;

    d. Myanmar Brigadier General Than Oo;

    e. Myanmar General Than Oo;

    f. Myanmar General Aung Kyaw Zaw;

    g. Myanmar Major General Aung Myo Thu;

      h. Myanmar Major General Maung Maung Soe;

      i. Myanmar Brigadier General Thura San Lwin;

      j. Myanmar Major Thant Zaw Win;

      k. Myanmar Officer Tun Naing;

      l. Myanmar Border Guard Police Corporal Kyaw Chay;

      m. Myanmar Staff Sergeant Ba Kyaw;

      n. Myanmar 99th Light Infantry Division Leader Khin Hlaing;

      o. Thant Zin Oo; and

      p. Phay Sit Gyi.

4. All documents and communications produced, drafted, posted, or published by the Facebook accounts of the following organizations:

      a. Myawady, the television network owned by the Myanmar military;

      b. Myanmar 33rd Light Infantry Division; and

      c. Myanmar 99th Light Infantry Division.

5. All documents and communications produced, drafted, posted, or published by any Facebook account belonging to the Myanmar Police Force;

6. All documents and communications produced, drafted, posted, or published on the following Facebook pages: "Beauty and Classic," "Young Female Teachers," Collection of Soldier's Photos," "Lord of Heaven," "Down for Anything," "Let's Laugh Casually," "We Love Myanmar," "Knowledge," and "All About Myanmar."

7. All documents and communications produced, drafted, posted, or published by the 20 military individuals and organizations that Facebook banned in August 2018;

8. All documents and communications produced, drafted, or published by any other **account** belonging to or controlled by a Myanmar state official, representative, or entity whose account was suspended or terminated by Facebook from 2012 to the present for concerns relating to human rights or the dissemination of hate speech;

9. All documents produced, drafted, or published by any other Facebook **page** belonging to or controlled by Myanmar state officials, representatives, entities or groups acting in coordination, or suspected of acting in coordination, with Myanmar state entities that was suspended or terminated by Facebook from 2012 to the present for "coordinated inauthentic behavior" in violation of Facebook's misrepresentation policy;

10. All documents produced, drafted, or published by any other Facebook **group** belonging to or controlled by Myanmar state officials, representatives, entities or groups acting in coordination, or suspected of acting in coordination, with Myanmar state entities that was suspended or terminated by Facebook from 2012 to the present for "coordinated inauthentic behavior" in violation of Facebook's misrepresentation policy;

11. All documents and communications produced, drafted, or published by any other Facebook **account** belonging to or controlled by Myanmar state officials, representatives, entities or groups acting in coordination, or suspected of acting in coordination, with Myanmar state entities that was suspended or terminated by

Facebook from 2012 to the present for "coordinated inauthentic behavior" in violation of Facebook's misrepresentation policy;

12. All documents and communications produced, drafted, or published by any other **Instagram account** belonging to or controlled by Myanmar state officials, representatives, entities or groups acting in coordination, or suspected of acting in coordination, with Myanmar state entities that was suspended or terminated by Facebook from 2012 to the present for "coordinated inauthentic behavior" in violation of Facebook's misrepresentation policy;

13. All documents relating to any internal investigations conducted by Facebook of "coordinated inauthentic behavior," or other terms of service violations, from 2012 to the present, committed by accounts belonging to or controlled by Myanmar state officials, representatives, entities or groups acting in coordination, or suspected of acting in coordination, with Myanmar state entities.