IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re*: Application Pursuant to 28 U.S.C. § 1782 of<br>THE REPUBLIC OF THE GAMBIA<br>Attorney General's Chambers<br>Ministry of Justice<br>Marina Parade<br>Banjul<br>The Gambia<br><br>        Petitioner,<br><br>v.<br><br>FACEBOOK, INC.<br>575 7th Street, NW<br>Washington, DC 20004,<br><br>        Respondent. | Case: 1:20-mc-00036<br>Assigned To : Boasberg, James E.<br>Assign. Date : 6/8/2020<br>Description: Misc. |

### [PROPOSED] ORDER

Upon consideration of the Republic of The Gambia's Application for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782, the accompanying memorandum of law and the supporting declaration of Timothy O'Toole, the Court finds that it is within its authority and discretion to grant the application requested, as the requirements of 28 U.S.C. § 1782 have been satisfied. Therefore, it is HEREBY ORDERED THAT:

1. The Republic of The Gambia's application for discovery from Respondent pursuant to 28 U.S.C. § 1782 is granted;

2. The Republic of The Gambia is authorized pursuant to 28 U.S.C. § 1782 to take discovery from Facebook relating to the issues identified in its application, including issuing

the subpoenas for a deposition and the production of documents in the form attached hereto as Schedule A;

      3.      Respondent is directed to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;

      4.      Counsel for the Republic of The Gambia is appointed to issue, sign and serve such subpoenas upon Respondent.

Signed this ___ day of _____ 2020.

_____
So Ordered