## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* Application Pursuant to 28 U.S.C. § 1782 of<br><br>THE REPUBLIC OF THE GAMBIA,<br><br>    Petitioner,<br><br>    v.<br><br>FACEBOOK, INC.<br><br>    Respondent. | Case: 1:20-mc-00036-JEB-DAR |

### JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME

Respondent Facebook, Inc. ("Facebook") and Petitioner The Republic of The Gambia ("The Gambia") by and through their respective attorneys of record, hereby stipulate to a further two-week extension of the briefing deadlines established by this Court, such that Facebook may have up to and including August 4, 2020, to file its opposition to The Gambia's Application Pursuant to 28 U.S.C. § 1782,[1] and The Gambia may have up to and including August 11, 2020, for its reply.

Good cause exists for this extension as counsel for the parties have continued to meet and confer in an attempt to resolve the issues underlying The Gambia's application. Both parties reserve all rights in the litigation, in the event their discussions do not result in a resolution. Further, this stipulation should not be construed in any way to suggest that The Gambia is not

---

[1] By filing this stipulation, Facebook does not waive its right to assert that this Court lacks personal jurisdiction over Facebook, and Facebook expressly reserves its right to contest personal jurisdiction at an appropriate time.

interested in receiving discovery as expeditiously as possible.

Dated:  July 17, 2020

Respectfully submitted,

 /s/ Joshua S. Lipshutz
Joshua S. Lipshutz (D.C. Bar No. 1033391)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Telephone:  (202) 955-8217
Facsimile:  (202) 530-9614
jlipshutz@gibsondunn.com

*Counsel for Respondent Facebook, Inc.*

/s/ Timothy P. O'Toole
Timothy P. O'Toole (D.C. Bar No. 469800)
MILLER & CHEVALIER CHARTERED
900 16th Street, N.W.
Washington, D.C. 20006
(202) 626-5800

*Counsel for Applicant, Republic of The Gambia*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the attorney of record for any party indicated as non-registered participants on this 17th day of July 2020.

*/s/ Joshua S. Lipshutz*
Joshua S. Lipshutz (D.C. Bar No. 1033391)