# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* Application Pursuant to 28 U.S.C. § 1782 of<br><br>THE REPUBLIC OF THE GAMBIA,<br><br>      Petitioner,<br><br>  v.<br><br>FACEBOOK, INC.<br><br>      Respondent. | Case: 1:20-mc-00036-JEB-DAR |

## [PROPOSED] ORDER DENYING PETITIONER'S APPLICATION PURSUANT TO 28 U.S.C. § 1782

Upon consideration of the Republic of The Gambia's Application for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782, the accompanying memorandum of law and the supporting declaration of Timothy O'Toole, and Respondent Facebook, Inc.'s opposition thereto, the Court DENIES the Republic of The Gambia's Application.

Dated: _____　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　The Hon. Deborah A. Robinson

2

Attorneys entitled to be notified of the entry of this proposed order, pursuant to L.R. 7(k):

Timothy P. O'Toole
MILLER & CHEVALIER, CHARTERED
900 16th Street N.W.
Washington, DC 20006
202-626-5552
Fax: 202-626-5801
Email: totoole@milchev.com

Joshua S. Lipshutz
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Telephone:  (202) 955-8217
Facsimile:  (202) 530-9614
jlipshutz@gibsondunn.com