# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In re*: Application Pursuant to 28 U.S.C. § 1782 of <br> THE REPUBLIC OF THE GAMBIA <br><br> Petitioner, <br><br> v. <br><br> FACEBOOK, INC. <br><br> Respondent. | Case No.: 1:20-mc-00036-JEB-DAR |

## THE GAMBIA'S RESPONSE TO FACEBOOK'S MOTION FOR LEAVE TO FILE SURREPLY

The Gambia does not oppose Facebook, Inc.'s ("Facebook") motion for surreply to the extent The Gambia is also given an opportunity to respond to any arguments raised in Facebook's surreply. The Gambia respectfully requests the Court allow The Gambia one week from Facebook's filing of its surreply to file its response. Under the proposed schedule, The Gambia's response would be due on September 2, 2020.

The Gambia would like to clarify that although Facebook maintains that a surreply is appropriate because The Gambia has presented "for the first time in its Reply several new legal issues," The Gambia's arguments in its Reply are limited to the Stored Communication Act defenses and other arguments Facebook raised in its opposition to The Gambia's 28 U.S.C § 1782 application.

Dated: August 20, 2020            Respectfully submitted,

                                               _/s/ Timothy P. O'Toole_
                                               Timothy P. O'Toole (D.C. Bar No. 469800)
                                               Aiysha S. Hussain (D.C. Bar No. 1019848)
                                               MILLER & CHEVALIER CHARTERED
                                               900 16th Street, N.W.
                                               Washington, D.C. 20006
                                               Telephone: (202) 626-5552
                                               Fax: (202) 626-5801
                                               totoole@milchev.com
                                               ahussain@milchev.com

                                               *Counsel for Applicant, Republic of The Gambia*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 20th day of August 2020.

                                                */s/ Timothy P. O'Toole*
                                         Timothy P. O'Toole (D.C. Bar No. 469800)