IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re*: Application Pursuant to 28 U.S.C. § 1782 of <br> THE REPUBLIC OF THE GAMBIA <br><br> Petitioner, <br><br> v. <br><br> FACEBOOK, INC. <br><br> Respondent. | Case No.: 1:20-mc-00036-JEB-DAR |

## NOTICE OF WITHDRAWAL

Pursuant to LCvR 83.6(b), Timothy P. O'Toole respectfully notifies the Court of the withdrawal of appearance for **Aiysha S. Hussain** in the above-captioned case as counsel for Petitioner. Ms. Hussain has departed from Miller & Chevalier effective December 18, 2020. The Petitioner in this case, the Republic of The Gambia, will continue to be represented by Timothy P. O'Toole of Miller & Chevalier Chartered.

Seen and Agreed:

_____
Aiysha S. Hussain (D.C. Bar No. 1019848)

Consent:

_____
Republic of The Gambia

Dated: February 3, 2021

Respectfully submitted,

/s/ Timothy P. O'Toole
Timothy P. O'Toole (D.C. Bar # 469800)
MILLER & CHEVALIER CHARTERED
900 Sixteenth Street, N.W.
Washington, D.C. 20006
Tel.: (202) 626-5552
Fax: (202) 626-5801
Email: totoole@milchev.com

*Counsel for Applicant, Republic of The Gambia*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 3rd day of February 2020.

*/s/ Timothy P. O'Toole*
Timothy P. O'Toole (D.C. Bar No. 469800)