AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

*In re* Application Pursuant to 28 U.S.C. 1782 of

| | |
|---|---|
| The Republic of The Gambia ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-mc-00036 |
| Facebook, Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Republic of The Gambia                                                                                       .

Date:   02/03/2021                                                          /s/ Marcus A. R. Childress
                                                                                         *Attorney's signature*

                                                                    Marcus A.R. Childress, D.C. Bar No. 155843
                                                                                *Printed name and bar number*

                                                                                 Miller & Chevalier Chartered
                                                                                       900 16th Street NW
                                                                                     Washington, DC 20006
                                                                                              *Address*

                                                                                    mchildress@milchev.com
                                                                                          *E-mail address*

                                                                                         (202) 626-5800
                                                                                       *Telephone number*

                                                                                         (202) 626-5801
                                                                                           *FAX number*