# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* Application Pursuant to 28 U.S.C. § 1782 of<br><br>THE REPUBLIC OF THE GAMBIA,<br><br>        Petitioner,<br><br>    v.<br><br>FACEBOOK, INC.<br><br>        Respondent. | Case: 1:20-mc-00036-JEB-ZAF |

## JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME

Respondent Facebook, Inc. ("Facebook") and Petitioner The Republic of The Gambia ("The Gambia") by and through their respective attorneys of record, hereby stipulate to a seven-day extension of the 14-day deadline, set forth in L. Civ. R. 72.2(b) and Fed. R. Civ. P. 72, to file Objections to Magistrate Judge Faruqui's Order of September 22, 2021. Both Respondent and Petitioner may have up to and including October 13, 2021, to file any Objections.

Good cause exists for this extension as neither party opposes the request and the agreed-upon extension will not cause undue delay in this case.

Dated:  September 29, 2021 　　　　　　　　Respectfully submitted,

　　　　　　　　 */s/ Joshua S. Lipshutz*
　　　　　　　　Joshua S. Lipshutz (D.C. Bar No. 1033391)
　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　1050 Connecticut Avenue, N.W.
　　　　　　　　Washington, D.C.  20036-5306
　　　　　　　　Telephone:  (202) 955-8217
　　　　　　　　Facsimile:  (202) 530-9614
　　　　　　　　jlipshutz@gibsondunn.com

　　　　　　　　*Counsel for Respondent Facebook, Inc.*


　　　　　　　　*/s/ Timothy P. O'Toole*
　　　　　　　　Timothy P. O'Toole (D.C. Bar No. 469800)
　　　　　　　　MILLER & CHEVALIER CHARTERED
　　　　　　　　900 16th Street, N.W.
　　　　　　　　Washington, D.C. 20006
　　　　　　　　(202) 626-5800

　　　　　　　　*Counsel for Applicant, Republic of The Gambia*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the attorney of record for any party indicated as non-registered participants on this 29th day of September 2021.

*/s/ Natalie Hausknecht*
Natalie Hausknecht (*pro hac vice*)