AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

*In re* Application Pursuant to 28 U.S.C. 1782 of

The Republic of The Gambia )
*Plaintiff* )
v. ) Case No. 1:20-mc-00036
Facebook, Inc. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Republic of The Gambia .

Date: 10/27/2021

/s/ Michael J. Satin
*Attorney's signature*

Michael J. Satin, D.C. Bar No. 480323
*Printed name and bar number*
Miller & Chevalier Chartered
900 16th Street NW
Washington, DC 20006

*Address*

msatin@milchev.com
*E-mail address*

(202) 626-5800
*Telephone number*

(202) 626-5801
*FAX number*