UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REPUBLIC OF THE GAMBIA,**<br><br>    Petitioner,<br><br>        v.<br><br>**META PLATFORMS, INC.,**<br><br>    Respondent. | Miscellaneous Action No. 20-36 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Petitioner's Motion to Reconsider is DENIED.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: March 3, 2022

1